# U.S. District Court
## District of Montana (Billings)
## CIVIL DOCKET FOR CASE #: 1:25–cv–00107–TJC

| | |
|---|---|
| Great West Casualty Company v. Temisko (1983) Inc. | Date Filed: 09/03/2025 |
| Assigned to: Magistrate Judge Timothy J. Cavan | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 110 Insurance |
| Case in other court:  MT 10th Judicial District, Petroleum County, DV–35–00025–0000002 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity–Insurance Contract | |

**Plaintiff**

**Great West Casualty Company**  
*as sugbrogee of Sycamore Specialized Carriers, Inc.*

represented by **Brian L. Taylor**  
HALL & EVANS, LLC – BILLINGS  
175 North 27th Street, Suite 1101  
Billings, MT 59101  
406–969–5227  
Fax: 406–969–5233  
Email: taylorb@hallevans.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Geoffrey T. Cunningham**  
Hall & Evans, LLC  
175 N. 27th St.  
Suite 1101  
Billings, MT 59101  
406–894–2162  
Email: cunninghamg@hallevans.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Temisko (1983) Inc.**

represented by **Elizabeth Worth Lund**  
Boone Karlberg P.C.  
PO Box 3209  
Bozeman, MT 59772  
508–450–2434  
Email: elund@boonekarlberg.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2025 | Ï 1 | NOTICE OF REMOVAL by Temisko (1983) Inc. from MT 10th Judicial District Court, Petroleum County, case number DV–35–25–0000002., filed by Temisko (1983) Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Complaint) (JDH) (Entered: 09/03/2025) |

| | | |
|---|---|---|
| 09/03/2025 | Ï | Filing fee received: $ 405.00, receipt number AMTDC−3545727 (JDH) (Entered: 09/03/2025) |
| 09/15/2025 | Ï 2 | Service of Notification of Assignment to Magistrate Judge form. Objection to USMJ Form due by 9/29/2025. (JDH) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 3 | Individual Party Notice Regarding Consent to Jurisdiction by U.S. Magistrate Judge form. (Entered: 09/15/2025) |
| 09/15/2025 | Ï 7 | NOTICE OF STATE COURT FILE RECEIVED from MT 10th Judicial District Court, Petroleum County, case number DV−35−25−0000002−DS. (Attachments: # 1 State Court File) (JDH) (Entered: 09/16/2025) |
| 09/15/2025 | Ï 8 | COMPLAINT AND DEMAND FOR JURY TRIAL filed in State Court against Temisko (1983) Inc., filed by Great West Casualty Company. (JDH) Modified on 9/16/2025 to correct filed date (JDH). (Entered: 09/16/2025) |
| 09/16/2025 | Ï 4 | Individual Party Notice Regarding Consent to Jurisdiction by U.S. Magistrate Judge form. (Entered: 09/16/2025) |
| 09/16/2025 | Ï 5 | Individual Party Notice Regarding Consent to Jurisdiction by U.S. Magistrate Judge form. (Entered: 09/16/2025) |
| 09/16/2025 | Ï 6 | Unopposed MOTION Ghassan Sara, Jr. to Appear Pro Hac Vice ( Filing fee $ 273 receipt number AMTDC−3552614.). Brian L. Taylor appearing for Plaintiff Great West Casualty Company. (Attachments: # 1 Exhibit Declaration of Ghassan Sara, Jr., # 2 Text of Proposed Order) (Taylor, Brian) (Entered: 09/16/2025) |
| 09/17/2025 | Ï 9 | ORDER granting 6 Motion to Appear Pro Hac Vice for Attorney Ghassan Sara, Jr.. **NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.** Acknowledgment of PHV Order due by 10/2/2025. Signed by Magistrate Judge Timothy J. Cavan on 9/17/2025. (HEG) (Entered: 09/17/2025) |
| 09/19/2025 | Ï 10 | **Clerk's Notice of Assignment to USMJ.** Pursuant to Local Rule 73.1 and no objection having been made, this case is assigned to the United States magistrate judge to conduct all further proceedings, enter judgment and conduct all post−trial proceedings. (JDH) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 11 | MOTION to Dismiss for Lack of Jurisdiction . Elizabeth Worth Lund appearing for Defendant Temisko (1983) Inc.. (Lund, Elizabeth) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 12 | Brief/Memorandum in Support re 11 MOTION to Dismiss for Lack of Jurisdiction filed by Temisko (1983) Inc.. (Lund, Elizabeth) (Entered: 09/19/2025) |
| 09/19/2025 | Ï 13 | AFFIDAVIT in Support re 11 MOTION to Dismiss for Lack of Jurisdiction filed by Temisko (1983) Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Lund, Elizabeth) (Entered: 09/19/2025) |
| 10/10/2025 | Ï 14 | RESPONSE to Motion re 11 MOTION to Dismiss for Lack of Jurisdiction filed by Great West Casualty Company. (Taylor, Brian) (Entered: 10/10/2025) |
| 10/10/2025 | Ï 15 | AFFIDAVIT in Opposition re 11 MOTION to Dismiss for Lack of Jurisdiction filed by Great West Casualty Company. (Attachments: # 1 Exhibit A − Webpages of Temisko's website, # 2 Exhibit B − Webpages of Kingsbridge Holdings website, # 3 Exhibit C − Webpages of DSV's website) (Taylor, Brian) (Entered: 10/10/2025) |
| 10/27/2025 | Ï 16 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 Affidavit in Support of Motion, 12 Brief/Memorandum in Support, 11 MOTION to Dismiss for Lack of Jurisdiction . Elizabeth Worth Lund appearing for Defendant Temisko (1983) Inc.. (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order) (Lund, Elizabeth) (Entered: 10/27/2025) |
| 10/27/2025 | Ï 17 | ORDER granting 16 Motion for Extension of Time to File Reply re 11 MOTION to Dismiss for Lack of Jurisdiction Replies due by 11/7/2025. Signed by Magistrate Judge Timothy J. Cavan on 10/27/2025. (JDH) (Entered: 10/27/2025) |
| 11/07/2025 | Ï 18 | Stipulated Motion *To Transfer Venue*. Brian L. Taylor appearing for Plaintiff Great West Casualty Company. (Attachments: # 1 Text of Proposed Order) (Taylor, Brian) Modified on 11/7/2025 to change to the correct motion event (AMC). (Entered: 11/07/2025) |
| 11/07/2025 | Ï 19 | ORDER GRANTING 18 Motion to Transfer TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. Signed by Magistrate Judge Timothy J. Cavan on 11/7/2025. (AMC) (Entered: 11/07/2025) |